Memorandum Opinion issued February 7, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00093-CV

____________


IN RE GARY NUELSON BUDD, Relator






Original Proceeding on Application for Writ of Habeas Corpus






MEMORANDUM OPINION

 Relator, Gary Nuelson Budd, asks this Court for habeas corpus relief from his
felony conviction of bond jumping. This Court has no jurisdiction to hear an
application for post-conviction writ of habeas corpus in felony cases. See Board of
Pardons & Paroles ex re. Keene v. Eighth Court of Appeals, 910 S.W.2d 481, 483
(Tex. Crim. App. 1995).

 Only the Court of Criminal Appeals and the District Courts have the power to
issue the writ of habeas corpus in a felony case; and it is their duty, upon the proper
motion, to grant the writ under the rules prescribed by law. Tex. Code of Crim. P.
11.05. (Vernon 1977).

 We dismiss relator's application for want of jurisdiction.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.